EXHIBIT 1

**Great American Insurance Company**
**P and C Legal**
**301 East 4th Street**
**Cincinnati, Ohio 45202-3180**

**(800) 545-4269**

# MEMORANDUM

**FROM:** **PROPERTY AND CASUALTY LEGAL DEPT.**

**TO:**
☐ *** Trucking**
Michele Mezzone
mmezzone@gaig.com

cc: hwells@gaig.com

IMPORTANT REMINDER: All suits to which any of the P&C companies are a party, whether as a plaintiff, defendant, or third-party defendant require a Legal Hold Notice. The Legal Hold Data Form can be found on **Gateway**. Direct any questions you may have on the Legal Hold Process to Shelley Romard (sromard@gaig.com) or Lisa Pennekamp (lpennekamp@gaig.com).

**RE:** *Summons Civil Action - Motion for Declaratory Judgment - Willie Martin v Gill Williams; GAIC et al*

*Claim No. 491173202*

**STATE:** Virginia

**THE ATTACHED WAS RECEIVED IN OUR OFFICE ON 10/13/2025 AND WAS SERVED BY: United Agent Group - Date Process Served 10/10/2025**

The scanned document is being sent to you for handling.
_____ Original will be retained by BSS for 30 days.
_____ Original will also be sent due to contents of package.

**Date:** October 14, 2025 **ID:** Document Tracking #SC47863

computershare

**Computershare Entity Solutions, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

October 13, 2025

Great American Insurance Company
Service of Process
Great American Insurance Company
301 E. 4th St. 18th Floor
Cincinnati OH 45202

# SERVICE OF PROCESS NOTICE

Item: 2025-2682

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Great American Insurance Company |
| 2. | **Title of Action:** | Willie D. Martin, Jr. vs. Gill E. Williams, USAA Casualty Insurance Co. et al. |
| 3. | **Document(s) Served:** | Summons-Civil Action<br>Cover Sheet For Filing Civil Actions<br>Motion For Declaratory Judgment |
| 4. | **Court/Agency:** | City of Norfolk Circuit Court |
| 5. | **State Served:** | Virginia |
| 6. | **Case Number:** | CL25008409-00 |
| 7. | **Case Type:** | Declaratory Judgment |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 10/10/2025 |
| 10. | **Date to Client:** | Monday 10/13/2025 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 21<br>Friday 10/31/2025<br>CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | George T. Albiston, Esq.<br>Norfolk, VA<br>757-625-1011 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 471 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

# COMMONWEALTH OF VIRGINIA

## SUMMONS – CIVIL ACTION

RULE 3:5; VA. CODE § 8.01-2

Case No. CL25008409-00

NORFOLK Circuit Court

150 ST. PAUL'S BLVD, 7TH FLOOR, NORFOLK 23510-

ADDRESS

TO:

GREAT AMERICANN INSURANCE, UNITED AGENT GROUP, INC.

425 W. WASHINGTON ST

SUITE 4

SUFFOLK, VA 23434-

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

SEPTEMBER 24, 2025 SCHAEFER, GEORGE E.; III Clerk

DATE

by /S/ SHERRON, LIAM

DEPUTY CLERK

Instructions:

Hearing Official:

FORM CC-1400 MASTER 10/13

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. ............................................ (CLERK'S OFFICE USE ONLY)

NORFOLK ............ Circuit Court

WILLIE D. MARTIN, JR. (PLAINTIFF(S)) v./In re: GILL E. WILLIAMS, et al. (DEFENDANT(S))

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**

- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**

- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**

- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**

- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW

- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY

- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS

- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS

- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS

- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [x] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify) ..............................

[x] Damages in the amount of $ 1,000,000.00 are claimed.

09/24/2025
DATE

[ ] PLAINTIFF [ ] DEFENDANT [x] ATTORNEY FOR [x] PLAINTIFF [ ] DEFENDANT

GEORGE T. ALBISTON
PRINT NAME

580 E MAIN STREET, SUITE 330, NORFOLK, VA 23510
757-625-1188
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

george@albistonlaw.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF NORFOLK

**WILLIE D. MARTIN, JR.,**

Plaintiff,

v. Civil Case No.:

**GILL E. WILLIAMS,**
SERVE: 2838 Dunkirk Ave.
Norfolk, VA 23509

And

**USAA CASUALTY INSURANCE CO.**
SERVE: c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, Fl. 2
Richmond, VA 23219

And

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.**
SERVE: c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, Fl. 2
Richmond, VA 23219

And

**GREAT AMERICAN INSURANCE COMPANY**
SERVE: United Agent Group, Inc.
425 W. Washington St., Ste. 4
Suffolk, VA 23434

Defendants.

**MOTION FOR DECLARATORY JUDGMENT**

COMES NOW the Plaintiff, by counsel, and moves this Court to declare that the Defendant, Great American Insurance Group ("Great American"), is obligated to provide liability coverage to the Defendant, Gill Williams, in the amount of One Million Dollars ($1,000,000) as more fully set forth hereinbelow:

1. That Plaintiff, Martin, was the victim of a motor vehicle accident which occurred on February 2nd, 2024.

2. That the accident occurred when a vehicle being operated in a negligent and reckless manner, by Defendant Gill Williams, struck the vehicle being operated by Plaintiff.

3. That Defendant Williams, at the time of the accident, had two insurance policies, one with State Farm and one with Great American.

4. That defendant, Great American, has denied coverage to Defendant Williams for damages related to the accident with Plaintiff.

5. That Great American claims the policy covers "only specifically described autos," and says the 2008 Buick Lecerne being driven on the date of the accident is not covered.

6. That Plaintiff's position is that the policy provided by Great American fails to describe, list and/or designate any specific autos that would be covered under said policy.

7. That due to the failure of Great American to describe, list and/or designate any specific autos, that they must provide coverage to the Defendant Williams for the aforementioned accident.

8. That the insurance policy provided by Great American is, at best, ambiguous and therefore must be construed against the drafter and in favor of coverage.

9. That State Farm Mutual Automobile Insurance Co. is contracted to provide automobile insurance coverage to Defendant Williams and is therefore a necessary party.

10. That USAA Casualty Insurance Co. is contracted to provide automobile insurance coverage to the Plaintiff and is therefore a necessary party.

11. That this case presents a justiciable controversy which is right for adjudication.

WHEREFORE, Plaintiff moves this Court for the entry of a judgment declaring that

Defendant, Great American, is responsible to provide liability coverage to Defendant Williams in the amount of One Million Dollars ($1,000,000).

WILLIE MARTIN

By____________________
Of Counsel

George T. Albiston, Esquire (VSB No. 22967)
Christopher M. Albiston, Esquire (VSB No. 94637)
Albiston Brannon & Gilbert
580 E. Main Street, Suite 330
Norfolk, VA 23510
Phone : (757) 625-1011
Facsimile: (757) 625-1051
Email: george@albistonlaw.com

OCT 10 2025